# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ROBERT LYNN MCGARY,**

      **Plaintiff,**

**v.**                                                  **Case No:  6:12-cv-1139-Orl-22GJK**

**CITY OF HOLLY HILL, FLORIDA,**

      **Defendant.**

## ORDER

This cause is before the Court on the Report and Recommendation (Doc. No. 5) filed on August 21, 2012.

The United States Magistrate Judge has submitted a report recommending that the case be dismissed without prejudice based on Plaintiff's failure to file an Amended Complaint and renewed motion to proceed *in forma pauperis* or pay the full filing fee as directed by the Order entered July 30, 2012.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed August 21, 2012 (Doc. No. 5), is ADOPTED and CONFIRMED and made a part of this Order.

2. This case is DISMISSED without prejudice.

3. The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Orlando, Florida on September 6, 2012.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Robert Lynn McGary, *pro se*

- 2 -